Jason B. Lattimore
**The Law Office Of**
**JASON B. LATTIMORE, ESQ. LLC**
55 Madison Avenue, Suite 400
Morristown, NJ 07960
Telephone: (973) 998-7477
Facsimile: (973) 264-1159
*Attorney for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| INTERLINK PRODUCTS INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> HOLEKAMP PRODUCTS, LLC, <br><br> Defendant. | Case No: 2:18-cv-03583-SDW-CLW <br><br> *(handwritten: 18-3583)* <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Interlink Products International, Inc. and Holekamp Products, LLC, through their respective undersigned counsel of record, that all claims (including all counterclaims) asserted in this action are hereby dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party shall bear its own attorneys' fees and costs.

Dated: October 30, 2019

s/ Jason B. Lattimore
Jason B. Lattimore (*pro hac vice*)
The Law Office Of
JASON B. LATTIMORE, ESQ. LLC

Dated: October 30, 2019

s/ Erik Anderson
Erik Anderson, Esq.
REARDON ANDERSON, LLC
55 Gilbert Street North, Suite 2204


55 Madison Avenue, Suite 400
Morristown, NJ 07960
Telephone: (973) 998-7477
Facsimile: (973) 264-1159

*Attorneys for Plaintiff*
*Interlink International Products, Inc.*

Tinton Falls, NJ 07701
(732) 758-8070

*Attorneys for Defendant*
*Holekamp Products, LLC*

Oct. 31, 2019

**SO ORDERED:**

_____
HON. SUSAN D. WIGENTON, U.S.D.J.